1  K. Randolph Moore, Esq., SBN 106933
   Tanya Moore, Esq., SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 271-6600
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Fernando Rubio
6
   Nancy M. Battel, Esq., SBN 126548
7  1101 Westwood Drive, Suite B
   San Jose, California 95125
8  Telephone:  (408) 723-2946
   Facsimile:  (408) 723-4856
9

10  Attorneys for Defendant
    The Lowe Corporation
11

12              THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  FERNANDO RUBIO,                    )  Case No.:  1:10-CV-01505-AWI-GSA
                                       )
16                 Plaintiff,          )  **STIPULATION AND ORDER**
                                       )  **TO CONTINUE SCHEDULING**
17      vs.                            )  **CONFERENCE**
                                       )
18  THE LOWE CORPORATION, et al.       )
                                       )
19                 Defendants.         )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22  _____   )

23       WHEREAS, the parties in this matter are in the final stages of settlement and anticipate a

24  resolution in the immediate future and an attendant dismissal of the entire action;

25       WHEREAS, the parties wish to conserve the Court's time and avoid the unnecessary

26  expenditure of attorneys' fees;

27       IT IS HEREBY STIPULATED between the parties that the Mandatory Scheduling

28  Conference scheduled for December 2, 2010 at 2:00 pm be continued a minimum of thirty (30)

1  days and scheduled at the Court's convenience.

2  Dated: November 23, 2010.                    MOORE LAW FIRM, P.C.

3

4

5                                               /s/ Tanya E. Moore
                                                Attorneys for Plaintiff Theresa Wallen
6

7  Dated:  November 23, 2010                    /s/ Nancy M. Battel
                                                Nancy M. Battel, Attorney for
8                                               Defendant The Lowe Corporation

9

10                                   ORDER

11         The Court, having reviewed the foregoing Stipulation, hereby approves the Stipulation

12  and continues the date for the Mandatory Scheduling Conference from December 2, 2010 at 2:00

13  p.m. to January 5, 2011 at 9:30 a.m.

14

15

16

17  IT IS SO ORDERED.

18      Dated:   **November 24, 2010**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation and Order              2        *Rubio v. The Lowe Corporation, et al.*

1023319v2