Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE LOWE CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____ | No. 1:10-CV-01505-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendant The Lowe Corporation, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 15, 2010　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　　　Tanya Moore

Date: December 15, 2010

Attorney for Plaintiff

/s/ Nancy M. Battel
Nancy M. Battel, Attorneys for Defendant
The Lowe Corporation

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE